# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRIAN R. SCHIER  
3229 WILLIAMS AVENUE  
ROCKFORD, IL  61101  

SSN-xxx-xx-8809

Case Number: 07-72992

Case filed on: 12/7/2007  
Plan Confirmed on: 2/29/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan:  $520.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 476.85 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 476.85 | 0.00 |
| 002 | JANET BLUEMEYER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRIAN R. SCHIER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MUTUAL MANAGEMENT SERVICES | 64.50 | 64.50 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 9,243.03 | 9,243.03 | 0.00 | 0.00 |
| 007 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 38,050.50 | 38,050.50 | 0.00 | 0.00 |
| 010 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | UNIFUND CCR PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 47,358.03 | 47,358.03 | 0.00 | 0.00 |
|  | Grand Total: | 50,858.03 | 50,858.03 | 476.85 | 0.00 |

Total Paid Claimant:       $476.85  
Trustee Allowance:         $43.15  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008            By  /s/Heather M. Fagan